UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                        CASE NO. 1:06-CR-174

v.

                                        HON. ROBERT HOLMES BELL

TRESA ANNETTE BONDS,

        Defendant.
        _____/

## **MEMORANDUM OPINION AND ORDER**

        This matter is before the Court on defendant's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) (docket #75).  Based on a review of defendant's motion, the Sentence Modification Report, submissions by counsel on behalf of the defendant and the government, and the original criminal file, the Court has determined that the motion should be denied for the following reason(s):

        Defendant's total offense level and criminal history category at the time of sentencing would have put her at a guideline range of 108-135 months but for the statutory maximum of 48 months.  Defendant was sentenced to a term of custody of 30 months, which was a variance from the guidelines.  The sentence of 30 months took into consideration all of the factors the Court believed to be relevant to sentencing.  As such, the Court does not believe that any further reduction in sentence is warranted.

ACCORDINGLY, defendant's Motion for Modification or Reduction of Sentence is respectfully **DENIED**.


DATED:   May 19, 2008            /s/ Robert Holmes Bell
                                 ROBERT HOLMES BELL
                                 CHIEF UNITED STATES DISTRICT JUDGE